UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TERRI MIEHLE-KELLOGG, Administratrix of the Estate of WALTER KELLOGG, deceased, and TERRI MIEHLE-KELLOGG, individually,

                                        Plaintiffs,

    - against -

"OFFICER JOHN DOE", individually and in his capacity as a Police Officer of the Suffolk County Police Department, COUNTY OF SUFFOLK, and SUFFOLK COUNTY POLICE DEPARTMENT,

                                        Defendants.
-------------------------------------------------------------------------X

NOTICE OF APPEAL

19-CV-04943

Notice is hereby given that Plaintiffs, TERRI MIEHLE-KELLOGG, Administratrix of the Estate of WALTER KELLOGG, deceased, and TERRI MIEHLE-KELLOGG, individually, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the order that denied Plaintiffs motion to amend the complaint and that granted, in part, Defendants' motion for summary judgment in this action on the 24th day of March, 2023.

Dated: Deer Park, New York
         April 19, 2023

                                                                            Yours, etc.

                                                                       KUJAWSKI & KUJAWSKI, ESQS.

                                                                       MARK C. KUJAWSKI
                                                                       Attorneys for the Plaintiffs
                                                                       98 Carleton Avenue
                                                                       Central Islip, New York 11722
                                                                       Phone: (631) 338-0575

TO:
Dennis M. Brown, Suffolk County Attorney
Attorney For: Suffolk County Police Department
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788
Phone: (631) 853-4049