UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

===============================================================

TERRI MIEHLE-KELLOGG, etal.,
Plaintiffs
v.                                     Civil Docket Number: 19-cv-04943(GRB)(JMW)
COUNTY OF SUFFOLK, et al.,
Defendants.

===============================================================

TO:
Lamb & Barnosky, LLP
534 Broadhollow Road
Suite # 210
Melville, NY 11747

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Entire files relating to: IAB CASE NOS. 2020-0095I; 2020-0253I; 2019-0706I; and 2018-0864I.

Place: Date: November 13, 2023
Kujawski & Kujawski, PLLC
98 Carleton Avenue, Central Islip, NY 11722

_____

ISSUING OFFICER SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant)
DATE: October 17, 2023
/s/ *Mark C. Kujawski*, Partner, Attorney for Plaintiff Miehle-Kellogg

_____

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mark C. Kujawski, Kujawski & Kujawski, PLLC, 98 Carleton Avenue, Central Islip, NY 11722, 631-338-0575

_____

SO-ORDERED:
October _____, 2023

_____
Hon. James M. Wicks
United States Magistrate Judge